IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

<table>
<tr><td>Piedmont Airlines, Inc.<br>**Plaintiff(s)**<br><br>vs.<br>Association of Flight<br>Attendants, AFL-CIO<br>**Defendant(s)**</td><td>*<br>*<br>*<br>*<br>*<br>******</td><td>Case No.: CCB-101-CV-2699</td></tr>
</table>

☑ FEE PAID
___ FEE NOT PAID
(SEND LETTER)

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 25 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Daniel E. Farrington__, am a member in good standing of the bar of this Court. My bar number is __25755__. I am moving the admission of

__Robert A. Siegel__ to appear *pro hac vice* in this case as

counsel for __Plaintiff Piedmont Airlines, Inc.__

We certify that:

1. Enclosed is the $50.00 fee for admission *pro hac vice*. (NOTE: Make check payable to: Clerk, United States District Court.)

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Please see attached | |
| | |
| | |
| | |
| | |
| | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 SEP 28  P 4:32
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

## State Bars and Courts

| | |
|---|---|
| State of California | 1975 |
| California Supreme Court | June 27, 1975 |
| State Bar of New York | 1988 |
| New York Appellate Division of the Supreme Court, Third Judicial District | June 1, 1988 |

## Federal District Courts

| | |
|---|---|
| United States District Court for the Central District of California | June, 1975 |
| United States District Court for the Northern District of California | April 19, 1976 |
| United States District Court for the Eastern District of California | August 25, 1982 |
| United States District Court for the District of Arizona | July 6, 1990 |
| United States District Court for the Eastern District of New York | July 9, 1992 |

## Federal Appeals Courts (including U.S. Supreme Court)

| | |
|---|---|
| United States Court of Appeals for the Ninth Circuit | June 4, 1979 |
| United States Court of Appeals for the Tenth Circuit | 1984 |
| United States Court of Appeals for the Seventh Circuit | March 24, 1989 |
| United States Supreme Court | July 17, 1992 |
| United States Court of Appeals for the Second Circuit | August 6, 1992 |
| United States Court of Appeals for the Eleventh Circuit | November, 1994 |
| United States Court of Appeals for the District of Columbia Circuit | February 2, 1995 |

3.	During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

4.	The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

5.	The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.	The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.	Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| Daniel E. Farrington | Robert A. Siegel |
| Printed Name | Printed Name |
| O'Melveny & Myers LLP | O'Melveny & Myers LLP |
| Firm | Firm |
| 555 13th Street, N.W., Suite 500W Washington, D.C.  20004-1109 | 1999 Avenue of the Stars, 7th Floor Los Angeles, CA  90067-6035 |
| Address | Address |
| (202) 383-5300 | (213) 430-6000 |
| Telephone Number | Telephone Number |
| (202) 383-5414 | (213) 430-6407 |
| Fax Number | Fax Number |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

☒ GRANTED ☐ DENIED

_9/28/01_  _[signature]_
Date  United States District Judge