

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| LOS ANGELES | 555 13th Street, N.W. | SAN FRANCISCO |
| CENTURY CITY | Washington, D.C. 20004-1109 | TYSONS CORNER |
| IRVINE | | HONG KONG |
| MENLO PARK | TELEPHONE (202) 383-5300 | LONDON |
| NEWPORT BEACH | FACSIMILE (202) 383-5414 | SHANGHAI |
| NEW YORK | INTERNET: www.omm.com | TOKYO |

RECEIVED IN THE OFFICE OF
CHAMBERS ... KE

September 26, 2001

... 01

OUR FILE NUMBER
882,605-521

**BY FACSIMILE AND U.S. MAIL**

UNITED STATES DISTRICT JUDGE

WRITER'S DIRECT DIAL
202-383-5247

The Honorable Catherine C. Blake
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

WRITER'S E-MAIL ADDRESS
dfarrington@omm.com

> Re: *Piedmont Airlines v. Association of Flight Attendants*
> *(CCB-101-CV-2699)*

Dear Judge Blake:

I am writing to inform the Court that the parties to the above-referenced action have reached a tentative collective bargaining agreement that, if ratified by the members of the Association of Flight Attendants ("AFA"), would render the pending case moot. The parties expect the AFA to vote on ratification on or about on October 31, 2001.

Accordingly, Piedmont Airlines and the AFA would like to jointly request that this action be held in abeyance, and that the AFA not be required to file an answer, until such time as a vote on ratification is taken. If the contract is ratified, Piedmont Airlines, Inc. will dismiss the matter as moot.

Very truly yours,

Tom A. Jerman
of O'MELVENY & MYERS LLP

Approved
Catherine Blake
USDJ 10/01/01

cc:   Edward Gilmartin, Esq. (counsel for the AFA)

DC1:488575.1


FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 OCT -1 A 11: 5
CLERK'S OFFICE
AT BALTIMORE
DEPUTY