IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PIEDMONT AIRLINES, INC.<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO,<br><br>Defendant. | Case No. CCB-101-CV-2699 |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that plaintiff Piedmont Airlines, Inc. ("Piedmont"), pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses this action without prejudice.

Dated: November 6, 2001.

Respectfully submitted,

By: _____
Tom A. Jerman (#13660)
Daniel E. Farrington (#25755)
O'Melveny & Myers LLP
555 13th Street, N.W., Suite 500 West
Washington, D.C. 20004-1109
(202) 383-5300 (Telephone)
(202) 383-5414 (Facsimile)

Robert A. Siegel
O'Melveny & Myers LLP
400 South Hope Street, 15th Floor
Los Angeles, CA 90071
(213) 430-6005 (Telephone)
(213) 430-6407 (Facsimile)

Attorneys for Piedmont Airlines, Inc.



## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff Piedmont Airlines, Inc.'s Notice of Voluntary Dismissal was served on this 6th day of November 2001 by first class mail upon the following:

Association of Flight Attendants, AFL-CIO
1275 K Street, N.W.
Suite 500
Washington, D.C. 20005

*[signature]*
Tom A. Jerman (#13660)
Daniel E. Farrington (#25755)
O'Melveny & Myers LLP
555 13th Street, N.W., Suite 500 West
Washington, D.C. 20004-1109
(202) 383-5300 (Telephone)
(202) 383-5414 (Facsimile)

Robert A. Siegel
O'Melveny & Myers LLP
400 South Hope Street, 15th Floor
Los Angeles, CA 90071
(213) 430-6005 (Telephone)
(213) 430-6407 (Facsimile)

Attorneys for Piedmont Airlines, Inc.

DC1:493035.1